JOSEPH P. RUSSONIELLO (SCBN 9990)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10 00387 JF PVT |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 1343 – Wire Fraud; 42 U.S.C. § 408(a)(8) - Use of Social Security Number in Violation of the Laws of the United States |
| v. ) | |
| CAM GIANG, ) | SAN JOSE VENUE |
| Defendant. ) | |

## INFORMATION

The Grand Jury charges:

### BACKGROUND

1. At all times relevant to this Information:

    a. StayWell Health Management, Inc. ("StayWell") was a company based in St. Paul, Minnesota, engaged in the business of providing health management solutions. StayWell's servers were located in St. Paul, Minnesota.

    b. Since 2009, StayWell has been conducting on-line health surveys for University of California ("UC") employees. Survey participants were required to create an account on StayWell's website. A StayWell account required each participant to provide his or her full name, his or her date of birth and the last six digits of his or her Social Security number.



INFORMATION
U.S. v. GIANG

Once this information had been verified, the participant could complete the StayWell on-line health survey. When a survey was completed, StayWell awarded the survey participant with a $100 on-line voucher.

  c. Defendant Cam Giang ("Giang"), who was an employee of the UC San Francisco Medical Center.

  2. Beginning in or about January 2010 and continuing through April 2010, in the Northern District of California and elsewhere, defendant Giang did knowingly and intentionally devise and execute a scheme and artifice to defraud StayWell and others as to material matters, and to obtain money or property by means of materially false and fraudulent pretenses, representations, promises, and omissions.

## THE SCHEME AND ARTIFICE TO DEFRAUD

  3. The gist of the scheme and artifice to defraud was that defendant Giang used the personal information of other UC employees to create accounts on the StayWell website and complete the on-line health surveys on behalf of these individuals without their knowledge or consent. In this way, defendant fraudulently obtained on-line monetary vouchers to which he was not entitled.

  4. As part of his scheme and artifice to defraud, Giang represented to StayWell that he was the hundreds of different UC employees by entering the personal information of these employees onto StayWell's web site to create StayWell accounts, all the while knowing that such representation was false and fraudulent.

  5. Based on defendant's false and fraudulent representation that he was hundreds of different UC employees, defendant created hundreds of StayWell accounts and completed hundreds of StayWell on-line health surveys, causing StayWell to award him with hundreds of $100 on-line vouchers.

COUNT ONE: (18 U.S.C. § 1343– WIRE FRAUD)

  6. The factual allegations contained in paragraphs 1 through 5 are realleged and incorporated as if fully set forth herein and in each of Counts One through Five below.

  7. On or about January 18, 2010, in the Northern District of California, and

INFORMATION
U.S. v. GIANG

elsewhere, the defendant

CAM GIANG,

for purposes of executing the scheme and artifice to defraud described above, did knowingly transmit and cause to be transmitted by means of wire communications in interstate commerce certain writings, signs, signals, and pictures, to wit, electronic data in an on-line survey from San Francisco, California to St. Paul, Minnesota.

All in violation of Title 18, United States Code, Section 1343.

COUNT TWO:   (42 U.S.C. § 408(a)(8) - USE OF SOCIAL SECURITY NUMBER IN VIOLATION OF THE LAWS OF THE UNITED STATES)

8.   The factual allegations contained in paragraphs 1 through 7 are realleged and incorporated as if fully set forth herein and in Count Six below.

9.   On or about January 18, 2010, in the Northern District of California, and elsewhere, the defendant

CAM GIANG

did disclose, use or compel the disclosure of the social security numbers of T.P. in violation of the laws of the United States.

All in violation of Title 42, United States Code, Section 408(a)(8).

Dated: 5/11/10

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____)
AUSA HANLEY CHEW

INFORMATION
U.S. v. GIANG

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. 1343 - Wire Fraud
42 U.S.C. 408(a)(8) - Use of Social Security Number in Violation of the Laws of the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**PENALTY:** See attached sheet

**DEFENDANT** — US'D MAY 11 P 3:25

▶ CAM GIANG       RICHARD W. WIEKING
                  CLERK U.S. DISTRICT COURT
**DISTRICT COURT NUMBER**   N.D. CA-SAN JOSE

JF

CR 10   00387   PVT

— DEFENDANT —

### IS NOT IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
FBI Special Agent Binh Pham

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

**Name and Office of Person Furnishing Information on THIS FORM**    Joseph P. Russoniello
☑ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   Hanley Chew

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
Cam Giang c/o
Colin Cooper, Esq.
800 Jones Street
Berkeley, California 94710

**Date/Time:** 7/22/10/9:30 a.m.
**Before Judge:** Patricia V. Trumbull

**Comments:** Please have United States Marshal's Service deliver summons.

# Attachment to
# Penalty Sheet for
# <u>United States v. Cam Giang</u>

Count One: Wire Fraud (18 U.S.C. § 1343)

Maximum Penalties:     20 years
                       $250,000 fine
                       3 years of supervised release
                       $100 mandatory special assessment

Count Two: Use of a Social Security Number in violation of the
           Laws of the United States (42 U.S.C. § 408(a)(8))

Maximum Penalties:     5 years
                       $250,000 fine
                       3 years of supervised release
                       $100 mandatory special assessment