**COLIN L. COOPER, C.S.B. #144291**
**KELLIN R. COOPER, C.S.B. #172111**
**DUSTIN GORDON, C.S.B. #205216**
**COOPER LAW OFFICES**
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
CAM GIANG

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-00387-1 JF |
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | Date:    October 28, 2010 |
| | Time:    9:00 a.m. |
| CAM GIANG, | Honorable Jeremy D. Fogel |
| Defendant, | |

## INTRODUCTION

Mr. Giang is a thirty-one year old man who has had no previous involvement with the criminal justice system. His actions in the instant matter resulted from an error in judgment, not from a criminal heart. In light of all of the circumstances surrounding the instant offense, his lack of any previous contacts with the criminal justice system, his support in the community, and his ability to perform productive community service, Mr. Giang deserves a probationary sentence which we now implore the Court to impose.

## STATEMENT OF CASE

On May 11, 2010, a two count Indictment was filed in the Northern District of California charging Mr. Giang with violations of 18 U.S.C. § 1343 (wire fraud), and 42 U.S.C. § 408(a)(8)

(Use of Social Security Number in Violation of the Laws of the United States).  On July 22, 2010, at his first court appearance, Mr. Giang plead guilty to both counts in the Indictment.  The Probation Office has prepared a Presentence Report ("PSR") recommending that Mr. Giang receive a sentence of 12 months and one day.

## STATEMENT OF FACTS
## THE FACTS OF THE OFFENSE

The facts surrounding Mr. Giang's offense are atypical.  While Mr. Giang was employed at the University of California at San Francisco Medical Center ("UCSF") as an information technology specialist ("IT"), he took a survey offered by StayWell Health Management.  As an incentive to get people to participate in their survey, StayWell offered a $100 voucher that could be used at various online merchants.  Mr. Giang took the survey and a $100 voucher was emailed to him.  Over the course of the next couple of months Mr. Giang took 327 more surveys.  To accomplish this he used partial social security numbers from employees of UCSF, which Mr. Giang had access to because of his job as an IT specialist.  Although Mr. Giang took 328 surveys, he only received 218 vouchers.  The remaining vouchers were never issued because StayWell ultimately became suspicious when a UCSF employee contacted them saying that he was unable to take a survey.  Notably, none of the vouchers were ever redeemed.

Mr. Giang is not the typical criminal defendant in Federal Court.  As the authorities were investigating the incident, Mr. Giang cooperated fully, provided a detailed statement admitting that he had filled out numerous surveys by using other people's social security numbers, admitted wrongdoing right away, and expressed tremendous, genuine remorse immediately.  He also informed the authorities that he had only used the partial social security numbers to fill out the StayWell surveys.  The government's investigation confirmed that information.

Mr. Giang is 31 years old and has never been arrested before.  He graduated from San Francisco State University and had worked at UCSF for approximately five years before he was terminated over this incident.  As evidenced by the numerous character letters attached to this

memorandum, Mr. Giang has tremendous support from his fiancée, his family, and his friends.
Since he was arrested he has enrolled in mental health counseling to try and determine why he
engaged in the conduct which has brought him to this arena, and to equip himself with tools to
ensure that he never engage in any criminal activity again.

<strong>ARGUMENT</strong>

**MR. GIANG SHOULD RECEIVE A SENTENCE OF PROBATION BECAUSE OF HIS
LACK OF CRIMINAL RECORD, HIS FAMILY SUPPORT, AND THE UNUSUAL
FACTS SURROUNDING THE INSTANT OFFENSE.**

The ultimate goal of the court at sentencing is to impose a sentence that is reasonable.
*See United States v. Mohamed*, 459 F.3d 979, 987 (9th Cir. 2006). A defendant's guideline range
is a starting point, but there is no presumption that the guideline sentence is correct. *See United
States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008); *see generally United States v. Miqbel*, 444
F.3d 1173, 1175 fn.1 (9th Cir. 2006) (all sentencing guidelines and policy statements are
advisory). There is no limitation to the information that a court may consider when determining
an appropriate sentence. *See* 18 U.S.C. § 3661; U.S.S.G. § 1B1.4. The court's discretion is
guided by 18 U.S.C. § 3553, which sets forth several factors that should be considered.
Specifically, the court should consider:

> **(1)** the nature and circumstances of the offense and the history and characteristics
> of the defendant; **(2)** the need for the sentence imposed-- **(A)** to reflect the
> seriousness of the offense, to promote respect for the law, and to provide just
> punishment for the offense; **(B)** to afford adequate deterrence to criminal conduct;
> **(C)** to protect the public from further crimes of the defendant; and **(D)** to provide
> the defendant with needed educational or vocational training, medical care, or
> other correctional treatment in the most effective manner; **(3)** the kinds of
> sentences available; **(4)** the kinds of sentence and the sentencing range established
> for-- **(A)** the applicable category of offense committed by the applicable category
> of defendant as set forth in the guidelines-- **(i)** issued by the Sentencing
> Commission pursuant to section 994(a)(1) of title 28, United States Code, subject
> to any amendments made to such guidelines by act of Congress (regardless of
> whether such amendments have yet to be incorporated by the Sentencing
> Commission into amendments issued under section 994(p) of title 28); and
> **(ii)** that, except as provided in section 3742(g), are in effect on the date the
> defendant is sentenced; ...; **(5)** any pertinent policy statement-- **(A)** issued by the
> Sentencing Commission pursuant to section 994(a)(2) of title 28 United States

Code, subject to any amendments made to such policy statement by act of Congress …. **(6)** the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct;

In the instant action, when all of the relevant factors are considered, Mr. Giang deserves a sentence of probation. As Ms. Giang pled to class C felonies, he is statutorily eligible for probation. (*See* 18 U.S.C. 3559(a)(3); 18 U.S.C. § 3561(a); U.S.S.G. § 5B1.1.) The PSR correctly points out that U.S.S.G. § 5C1.1(f), states that when the applicable guideline sentencing range is in Zone D of the sentencing table a term of imprisonment is required. However, this Court is not bound by this guideline because the Federal Sentencing Guidelines are advisory. (*See Carty*, 520 F.3d at 991; *Miqbel*, 444 F.3d at 1175 fn.1.). Thus, this Court may impose a probationary sentence.

Mr. Giang deserves a sentence of probation for several reasons; (1) he fully cooperated with the government during its investigation; (2) he pled guilty at the earliest stage of the proceedings; (3) he has had no previous contact with the criminal justice system; (4) he has tremendous family support; and (5) and he never redeemed any of the vouchers that he received due to his transgressions.

Mr. Giang's decision to become involved in the instant offense probably can never be rationally explained. For the first thirty-one years of his life, Mr. Giang lived an exemplary, law abiding, and productive life. In fact, his history and his family's history are the personification of the American dream. His family immigrated here when Mr. Giang was just two years old and initially subsisted on the kindness of relatives. However, through hard work and perseverance his family thrived and Mr. Giang excelled. He graduated from college, became an American citizen, and obtained a job working at one of the premier educational institutions in the country. In addition to being fully employed Mr. Giang was the primary caretaker for his father who now has several health related problems. In fact, prior to his involvement in the instant offense, Mr. Giang was probably the person you would least expect to ever get arrested.

1    Mr. Giang's entry into the instant offense started innocently enough when he filled out

2  one of StayWell's surveys using his own information.  Then because he had access to the

3  personal information of UCSF employees through his job, he completed 327 other surveys and

4  ultimately received 218 vouchers.  However, even though he received 218 vouchers over the

5  span of four months, Mr. Giang did not redeem any of them.  When he was questioned by the

6  FBI they informed Mr. Giang that their main concern was whether he had taken people's

7  information to open credit card accounts or obtain mortgages.  Mr. Giang assured them that he

8  had not used any of the information he obtained for those purposes, and the government's

9  investigation has confirmed this information.  It has obvious that Mr. Giang had no intent to

10  defraud anyone or compromise any persons identity.

11    As the presentence report ("PSR") and the letters submitted by numerous friends and

12  family members demonstrate (see character reference letters attached hereto as Exhibit "A"), Mr.

13  Giang is someone who has made a positive impact in a lot of people's lives and someone who is

14  always willing to help people.

15    Section 3553(a)(2), states that when the court imposes a sentence it must consider the

16  seriousness of the offense, whether it is adequate deterrence, the need to protect the public from

17  the defendant, and the need to rehabilitate the defendant.  A sentence of probation with a

18  condition that Mr. Giang perform volunteer work will satisfy each one of those concerns.

19    Obviously Mr. Giang's decision to use the partial social security numbers of other

20  employees is a serious transgression.  Mr. Giang would be the first person to acknowledge that.

21  However, Mr. Giang never intended to steal their identity, and other than losing the opportunity

22  to participate in StayWell's marketing surveys, the victims did not lose anything.  No one's

23  credit was tarnished, no one lost their house, and no one had their bank account emptied ---

24  things typically associated with identity theft.  Instead, Mr. Giang's conduct resulted in him

25

participating only in marketing surveys. Thus, Mr. Giang's offense is less serious than typical wire fraud cases.

A probationary sentence with a requirement that Mr. Giang perform volunteer work is an adequate deterrent. Mr. Giang has been despondent since his arrest and attempted to commit suicide. He was in fact, hospitalized for psychiatric treatment pursuant to Welfare & Institutions Code §5150. Since then, Mr. Giang has been participating in mental health counseling through pretrial services to try and understand why he engaged in such self-destructive behavior.

A jail sentence is not required to deter Mr. Giang from any further wrongdoing. Mr.Giang has lost his job and his standing in the community. Mr. Giang's actions will undoubtedly make it virtually impossible for him to obtain a job in the future in his chosen field. Quite frankly, the consequences of Mr. Giang's behavior outside of the criminal justice system have been so traumatic that anyone hearing his story would undoubtedly think twice before engaging in similar behavior.

In addition, a probationary sentence with a requirement that Mr. Giang perform volunteer work is also sufficient to protect the public from Mr. Giang. Mr. Giang is not a threat to society. Prior to his actions here, Mr. Giang had never been involved in the criminal justice system. There is simply no evidence from which it could be inferred that Mr. Giang is a danger to society or that he would be likely to commit any crime in the future.

Lastly a jail sentence is not necessary to rehabilitate Mr. Giang. Mr. Giang deeply regrets his actions, and recognizes that his errant judgment has placed a heavy burden on everyone in his life, including his former employer and his former colleagues. Mr. Giang is already taking steps to try and understand why he placed himself in this predicament. He has enrolled in mental health counseling, and he has tremendous support in the community, which will help him move on with his life. Mr. Giang will endeavor to redeem himself in the eyes of his fiancée, friends, family and colleagues.

# CONCLUSION

In light of all of the positive and productive things that Mr. Giang had done in his life prior to this incident, and his ability to perform meaningful and productive volunteer work, Mr. Giang now respectfully requests that this Court impose a sentence of probation, with a requirement that he perform such volunteer work.

Dated: October 20, 2010                    COOPER LAW OFFICES


                                           _____
                                           COLIN L. COOPER
                                           Attorney for Defendant
                                           CAM GIANG

Attachments

My name is Cam Minh Giang. While I was working at UCSF Medical Center from January 2010 to April 2010, I obtained people's social security numbers and date of birth to complete surveys from a company called Staywell. Once the surveys were completed, Staywell would e-mail gift codes out. I accumulated the gift codes and stored them in a spreadsheet. The gift codes were never used since I accumulated them in January 2010. I never intended to use them because the gift codes have been stored in the spreadsheet for months. From January 2010 to April 2010, I was very curious of how many surveys I can complete using the information I obtained. I never thought or knew that I would get in trouble with the law. If I knew that it was against the law, I would never have done it or thought about it.

Now that I am in trouble with the law, I am very sad, worried, and hate myself regarding this incident. I have made my family and friends worried, stressed, and sad since this incident has happened. I am very sad, regretful of what I did and will have to live with this for the rest of my life. Every day I think about this incident and I blame myself for what has happened and how much trouble, sadness, and stressed I have caused to everyone that is involved. I would like to apologize for this incident and I am very remorseful for what has happened, which I will not forgive myself. I would give up anything to undo this incident, but I can't. I will have to find ways for redemption for the rest of my life. Sorry.


Cam Giang

Re: Character Reference- Cam Giang

To Whom It May Concern:

I knew Mr. Cam Giang while we were both working at the Chinatown Branch Library as a 3602 Library Page.  The years we were co-workers, I got to know him as a very trustworthy, dependable, very hard working, motivated, courteous and caring human being.

When we first worked together, I noticed he was very quiet and very hard working.  Never once did I see him slacking off or goofing around during his job.  He was very committed to getting his tasks done and moving on to another new task or helping out his co-workers.

There were times when I needed someone to take my shifts because of finals or midterms and every time I asked him to switch shifts, he said yes.  And sometimes when I needed help with cleaning up my section of the library in order to close, he was the first person to come up to me and asked if I needed help.  Through these experiences I knew he was a very dependable person.

While working at the library, Mr. Cam Giang was also a full time student trying to get his bachelor's degree.  I spoke with him about how hard it was to work and still go to school.  But never once did I hear him complain about how hard it was.  From our conversations, I can tell he was very motivated to better himself through higher education.

I also saw how courteous and caring Mr. Cam Giang was through his interactions with library patrons, especially elderly people.  I remember elderly patrons would go up to him and asked him questions related to specific books and videos.  Every time he would answer them with a smile and in very polite and soft tone.  He showed patience and was never rude to anyone.

From the above work experience with Mr. Cam Giang, I know he is a wonderful human being with very good characteristics.  I think that anyone that had a chance to work with him would agree with me that he is such a wonderful person.

Sincerely,

James Wang
Senior Accountant
San Francisco Department of Public Health

August 18, 2010


Re: Character Reference - Cam Giang

To Whom It May Concern:

Cam Giang has been a friend of mine for over a decade. I attended San Francisco State
University and first met Cam in English class. My first impression of Cam was that he
was very studious. He sat in class and paid attention to every word the teacher had to
say. Indeed he was hardworking and took his studies very seriously. I didn't talk much
at first to Cam since he was somewhat shy and quiet but later became good friends with
him and a few other classmates as the school year progressed.

Cam was an acquaintance since we ran into each other frequently being in the same
college. However, we became better of friends after graduation. I stayed in touch with
Cam more often after college as we both hung out with a similar group of friends. He
was such a nice and funny guy whom we all loved to hang out with so much so that we
got together almost every weekends.

Cam is also very smart in computer since I believe that was his major in college.
Whenever a friend has computer trouble, he would know how to fix it and troubleshoot
around it for us. Cam would set aside his current priorities and focus on helping his
friend with their problems such as this or anything else they're experiencing in life.

Cam is a great listener. He didn't talk much but when he did, you know he really listened
on to what everyone had to say because he always had those great "one liner"
responses. As a friend, I rely heavily on Cam's opinions because he was trustworthy
and genuine.

In conclusion, I would like to say I'm glad to have Cam as a friend and someone in my
life. His judgments, character, ambitious nature, and kindness truly set him apart from
others.



Sincerely,

Tammy Luu

August 16, 2010

Re: Character Reference – Cam Giang

To whom it may concern:

I know Cam for 10+ years ever since high school. I started to become really good friends with him in College as we took the same computer classes and ate at the same area during lunch time. Those are the times that I truly understand what a great friend he is.

When I have a hard time with my homework, he tutored and helped me out. When I failed and made mistake, he listened and gave advice. Cam hardly say "No" to his friends' call for help. He is always there to lend a hand or support us physically or emotionally.

I also worked with Cam on an intern job. As a co-worker he is very hard working, always trying to finish his work in time. Even thou the intern job have no monetary reward, Cam stick to his principle of completing his work and accomplished beyond what was asked.

Cam is a very trust worthy guy. I tell him all his secrets and he would never tell anyone. Cam is one person I know in this world that can actually keep a secret. He never spread people's news to others, and won't talk behind people's back. He is always fair and tries to put his feet into other people's shoe so he could understand how they felt.

Cam is also a good boyfriend; he treats her girlfriend very nice. From friend's perspective, I haven't seem one time he yelled at his girlfriend. All I see is a future good husband who worked really hard to support his family and go out his way to help his friends. If I have to describe Cam in two words, I would say he is one of a very few "good men."

Sincerely

Daniel Li

August 8, 2010

Re: Character Reference- Cam Giang

To Whom It May Concern:

I met Cam Giang seven years ago when he was working at the Chinatown Brach Public Library. He is my soon-to-be son-in-law.

In the seven years that I have known him, he has been considerate, helpful, family oriented, hard-working, and reliable.

When Cam came by the house for the first time, he was very shy and quiet. He was polite and said hi to both my wife and I. As time went on and we all got to know him better, he started to open up more. He was more relax and starting to talk about his family. He talked about how his family struggle to come to America from Vietnam back in the early 1980s and how his family life is now. His family struggles remind me of what I went through myself. Cam knows how hard his parents work to give his siblings and him a better life. He is very appreciative of all the sacrifices his family made to give him the opportunity to go to college and make them proud.

Every Friday night, he would come over to my house to have dinner with my family. He would pick up both my daughter and son from work and they would come home together. Sometimes we would order take out for dinner and other times we would make a home cooked meal. He would help carry grocery upstairs without being asked to and offer to help set up for dinner.

Recently, I was tearing out old pipes out in the backyard, Cam jump right in to help me hold down the pipes while I use a saw to cut them to pieces. He also help me pull out weeds and old bushes in the yard for several hours in the hot sun without complaint. When things are hard to reach for me, Cam would get it down for me and leave it somewhere that I can easily reach. He always did it with a smile and willing to go the next mile to make it things easier.

Overall, Cam is a person who cares about others, very family oriented, and thinks about others before himself. He reminds me of myself as I am like him. He is a quiet and private person at first, but once he is comfortable with you, he will show you who he truly is.


Sincerely,

Thomas Lau

August 8, 2010

Re: Character Reference- Cam Giang

To Whom It May Concern:

I have known Cam Giang for about seven years. He is my soon-to-be son-in-law.

In the seven years that I have known Cam, I have seen what an outstanding young man he is. He is kind, helpful, patient, family oriented, hard working, reliable, and considerate. He is always willing to help others when they ask.

About a year ago when my department at work wanted the employees to learn to order supplies online, I asked Cam to teach me some basics about the ordering items online using Amazon as a sample. He was very patient and explained the process to me step by step. I would ask a lot of questions and have him repeat a step to me over again and he did it with a smile. He never got frustrated or thought my questions are silly the whole time he was teaching me. He was very thorough and understanding.

Not only did he teach me how to order items online, he also taught my mother some basic computer skills. A couple of years ago when he was still working at the Chinatown Branch library, he taught a senior citizen/elderly computer class in Chinese at the computer floor of the library, along with another library employee. My mother was one of the first groups of students to attend the class. She said Cam taught the class with patience, kindness, and help any students who ask for his help when they get stuck on a problem. One time, the class was learning how to save a document on the computer and my mom forgot how to when it came time to save what she had type. She had asked Cam to show her again. He showed her step by step on how to do it and printed out the instructions in Chinese for her to keep.

Cam is one of the most considerate, reliable, helpful young man. He always willing to help anyone who ask for help. I welcome Cam into my family with open arms and treat him as if he's my own son.

Sincerely,

*Yan Juan Lau*

Yan Juan Lau

May 16, 2010

Re: Character Reference- Cam Giang

To Whom It May Concern:

I have known Mr. Cam Giang for seven years as a co-worker, friend, and fiancé.

In the seven years that we have known each other, he has shown dedication to both his work and family life, loyalty to his friends and family, always willing to lend a hand when someone needs his help, and thinks about others before himself.

As a co-worker at the San Francisco Public Library, he is hard working, focused, responsible, and willing to help out when we were short-staffed. There were a few times when our supervisor would asked for people who are willing to stay after work to do coverage for staff who either called in sick or were on vacation. Cam was always willing to help with coverage when he can. When he is asked to do something, he can be trusted to get the job done without question or little supervision. He also would take the initiative to improve or create new ideas and ways to make the job easier and faster and share it with fellow co-workers.

Over the years, I have seen first hand what kind of friend Cam is. As a friend, he is caring, kind-hearted, supportive, trustworthy, a great listener, and always be counted to be there. Whenever either his friends or I need advice on issues or problems we are having personally or professionally, he is there to lend an ear and offer advice when asked. When his friends are having computer or technical issues, they call on him to help and sometimes drop off their computers or laptops to get fix if Cam is not able to help them over the phone. If someone tells him something that s/he would like to keep between the two of them, Cam can be trusted not to say a word to anyone about it. He keeps his word and promises.

Before proposing to me at Disneyworld in July 2008, Cam and I dated for five years. Over the course of our relationship, I see what kind of man Cam truly is. He is family oriented, has a heart of gold, a shoulder I can cried on, and know how to comfort me on bad days. His relationship with his family is a testimony of how he will be when we start a family of our own. I see the interaction among his father and siblings of unconditional love, trust, support, and understanding. There is open communication with each other. My relationship with Cam is mirror image to his relationship with his family. We also have an open line of communication, support and encourage each other in everything we do, and love each other unconditionally. Cam always know how to make me laugh and say the right things to cheer me up whenever I have a bad day. He would tell me jokes or reminds me of something funny that happened to make me smile again. When I was offered a new position at work, he encouraged and supported me to take on the new challenge. He believes that I can excel in the position and know I can overcome any obstacles that I may face in the position. He is my biggest supporter/cheerleader and best friend. I know I can always count on him to be on my side.

Overall, Cam is a gentleman who loves his family, a caring, loyal, trustworthy friend, and kind hearted and supportive fiancé. All he really wants is just live a quiet and comfortable life with the people he loves the most, helps others, and make people happy. This is truly who Cam is as a co-worker, friend, fiancé, and most importantly as a human being.

Sincerely,

Alice Lau
Administrative Assistant
UCSF Medical Center

May 18, 2010

To Whom It May Concern:

This letter is in response to a request for a character reference on behalf of Mr. Cam Giang.

I am a friend and former classmate of Mr. Giang. I've know him for approximately 10 years, ever since our college days at San Francisco State University. During these years, I have found Cam to be dependable, reliable, caring, and a great friend. He is always willing to help a friend in need. Whenever I have computer or technical problems, Cam is there to help. He helped fix my computer a few times on his own time and did not ask for anything in return; he just wanted to help friend in need.

Even with last minute requests, Cam is eager and willing to lend a hand. For my wedding, I needed someone to manage the sign-in table. I asked Cam if he could help and he did not hesitate. On the day, he arrived at the church an hour early to help set up the sign-in table. Not only did he handle the sign-in table, he also voluntarily assisted the florist with lifting and moving the flowers inside the church as he saw they needed help. Cam is someone you can count on and trust that the work will be done. He is genuinely a kind, helpful, considerate and caring person.

Sincerely,

Evalina Cunha

To whom this may concern:


Re: Character Reference – Cam Giang


The purpose of this letter is to provide a character reference for Mr. Cam Giang whom I have known for a period of 30 plus years.

Cam is a hard working individual, who is committed to helping others in every way he can.

As a friend, Cam is outstanding. He is honest, loyal, considerate, and supportive to anyone who is in need of these qualities. He has the insight and ability to understand and see things from another perspective and is a great direct communicator who knows how to initiate discussions about common friendship issues and problems in a mediated manner.

As a student, he expects nothing less than a good education. And he believes achieving an education is the key to success in life. He has devoted much of his school years to earn a Bachelor's degree. He believes that by becoming educated, it can turn him into a better person, in which, I believe whole heartedly. He is a class act.

As a little brother, Cam is the best brother that anyone can have. He is everything that anyone wants from a little brother. He is often helpful at home. He often does his chores as required and has never disrespect me in anyway of a hurtful feeling. Having Cam in my life is a blessing. He is someone who I can come to for suggestions and guidance in life. He always has a positive attitude towards every thing he encounters and often finds the best solutions to any problems that our family has encountered.

After knowing him for so long, I believe my position to provide you with a pretty accurate assessment of his character is nothing other than superior and positive.

All in all, I have to say, Cam is a unique individual, one of a kind human being who is devoted to helping others and making other people happy. He is a well-balanced individual with an abundance of positive qualities. He is a gem.


Sincerely,

Mai-Yen Giang
Practice Assistant
UCSF Medical Center

To whom this may concern:


Re: Character Reference – Cam Giang


I feel immense gratification in writing this letter of character reference for Mr. Cam Giang, who remains my little brother.

Cam is undoubtedly one of the best human being that anyone can imagine. He is one noteworthy individual who contributed enthusiastically to serving the public for many years. From 2003 to 2005, he has been a public servant for the San Francisco Public Library and from 2005 to 2010, has been assisting physicians, patrons, and patients of their technical difficulties in a health care technology environment.

After earning his Bachelors degree and working in the real world, I find him to be very hardworking, diligent, and conscientious at every thing he encounters. He is very responsible in every thing he does. The rating of responsibilities entrusted to him acquired the highest approval in my assessment.

I have watched Cam grow up to be a friendly human being and a friendly young man he is today. I know Cam to be responsible, honest, courteous, and dependable. He is by far the most popular person at home and at work.

Cam is a man of great integrity and is extremely dedicated to his family and work.


Sincerely,


Andy Minh Giang
Library Assistant
San Francisco Public Library

May 28, 2010

To whom it may concern:

Cam Giang, who looks like a Chinese Laughing Buddha, is a very responsible, hardworking, friendly and patient person. I have known him for seven years from San Francisco Public Library, and we have been hanging out as friends after we both quitted the library job.

A very responsible and hardworking young man was the first impression that Cam gave me seven years ago. I still remember the first day he worked at the library. I was assigned to train him cleaning up the book shelves before the library closed. I told him to straight up the books and pick up the books that patrons left on the shelves but not properly shelved. I was a kind of person who didn't have patience to explain things in details, so I didn't give proper instruction for him to follow. 30 minutes before the library closed, he came to me and asked if he has done the work correctly. I checked and noticed that the books were not straightened, and I decided to show him how to straighten up the books, so the shelves can look nicely and neat. There was not much time left before the library closed, so I didn't expect that he could finish the work on time. After giving out the instruction, he immediately followed and reorganized the books. Surprisingly, he could finish the work nicely all along by himself before the library closed. By that time, he gave me a very good impression, and we became friends from that day on.

In some weekends or holidays, we loved to go fishing and badminton. He is our fishing teacher. He was very patient to shop around with us to pick the best fishing rods with the affordable price; and he was also very friendly to help each of us to setup the fish rods and showed us step-by-step on the first fishing experience. I still remember the first time we went fishing; he was dealing with our fishing problems all the time. We were just like little kids throwing problems at him, and walked away to have fun and came back after problems got solved. He didn't complain or showed dissatisfication being our baby sitter for all day long; contrarily, a smile always hung on his face. Besides fishing, we go to play badminton on some weekends. Although he doesn't like badminton as much as we do, he is very patient to learn and practice with her girlfriend, Alice. He never complains anything although he doesn't like it that much.

In China, Chinese Laughing Buddha is known as the loving or friendly one, who is fat and always put a smile on his face. Cam gained a lot of weight after quitting the library job, and I always tease him that he looks like a Laughing Buddha. They are not just look alike physically, but Cam's personality has given all of his friends a strong feeling that Laughing Buddha has – loving and friendly. His hardworking and responsible personality has influenced many of us to change to the better us. I feel lucky that I can have Cam as my friend, and I believe his laughing Buddha image has brought much happiness to his friends and family.

Sincerely,

Lillian Li

May 28, 2010

To Whom it May Concern:

I have known Cam Giang for many years. He has been my coworker for the past seven years since the time we were working in the San Francisco Public Library.   Cam Giang is a person with a very good personality. During the past seven years, the Cam Giang I know of is a person who is responsible, trust worthy, and friendly.

I remember the time we were working night shift at the San Francisco Public Library, Cam is a person who always willing to lend his helping hands to other people whenever he gets the chance.   I remember there was a time when our branch library was short staffed during the closing hours and everyone was busy with closing, Cam was very helpful in a way that he is willing to try to get his work done as soon as possible and started helping other colleagues with their works.

Cam is also known to me as a friendly person who likes to chat and play around with.   He always brings laughter to his fellow coworkers, library patrons, and friends.   Without Cam, the work place will become boring and lifeless during night shift hours.

Cam is also known to be a responsible person.   He won't let anything goes wrong or unattended.   Whenever an assignment is assigned to him, you can always trust Cam will get it done and he will always follow through.

Cam is also a very open person who likes to share what he knows to other.   He was the person who taught us how to fish among our group during an activity outside of work.   He has the patience to teach other people.   He never shows any dissatisfaction whenever he teaches other people new skills.   This kind of upbeat and joyful personality makes Cam a very easy person to work with.

In conclusion, if you want me to describe Cam Giang in three words, I will say he is a responsible, trust worthy, and a friendly person.

Sincerely,

David Choy

May 28, 2010

Re: Character Reference- Cam Giang

To Whom It May Concern:

I have known Mr. Cam Giang for seven years beginning as a co-worker of San Francisco Public Library Chinatown Branch and later to become good friends.

As acting supervisor, in absence of primary supervisors, Cam has shown me that he is a person of high integrity and valued staff member. When tasks are given upon, Cam was unarguably one of the most reliable co-workers in following guideline, performing and completing given tasks. Cam is very self motivated. When given tasks are completed, he would help out others or ask for more tasks. As a co-worker, Cam is someone that can be relied on helping and sharing work load when library experiences high work load. As an acting supervisor, Cam is one of the most relied upon subordinate in carrying out tasks under strict guidelines.

Our friendship developed through the years working together at SFPL Chinatown Branch. Cam is a great friend to be around with. He was quiet, but never hesitates to ask if I am in need of his assistance. Numerous times when I have technical problems in setting up home computer servers and routers, Cam spends countless amount of his personal time in explaining and answering my questions. When I encountered questions working on my school projects at San Jose State University, Cam is always there in helping me analyzing and finding alternative solutions in rewriting my software programs to complete my projects.

Whether as a co-worker or friend, Cam had shown me that he is a person of high integrity and valued person to be around with.

Sincerely,

Shawn Wen Lin
Library Assistant
San Francisco Public Library
West Portal Branch

May 26, 2010

Re: Character Reference Letter for Mr. Cam Giang

To Whom It May Concern:

I am a former co-worker of Mr. Cam Giang from San Francisco Public Library and friend. I know Cam for five years.

Throughout the five years that I have known Cam, he has been helpful, patient, diligent, reliable, and a team player. On my first day at the library, Cam trained me all day on all the different work procedures with great details and understanding. He would show me how to check in and out library materials, the delivery process for incoming and outgoing library materials from other library branches, and the opening and closing procedures to the library step by step. Since it was my first day at work and being a little nervous and anxious, I made some mistakes that Cam reminded me on the correct and proper way. Whenever I need help on the circulation desk to deal with long lines of patrons, Cam would jump right in to help me alleviate it. He would not hesitant to help others.

There were a few times outside of work that I need some help and advice on computer stuff and I knew I can ask Cam to help me. I would call him or ask him in person when I saw him at work on what I should do to make my computer go faster or what kind of router is good. He helped me learn more about computer. When we are at electronic stores and looking for computer parts, I would turn to him for his advice and suggestions. Cam has also encourage me to consider majoring in Computer Information since I like computer so much.

Cam is hard working, helpful, caring, trustworthy and thoughtful person. He would not hesitant to help anyone who needs and asks for his help. He is one of the most giving person I know.

Yours Truly,

Jason Lau
Library Page
San Francisco Public Library

May 25, 2010

Re: Character Reference - Cam Giang

To Whom It May Concern:

I have known Cam Giang as a friend and co-worker for over seven years. I first met Cam when we both working the San Francisco Public Library and then we become friends.

As a co-worker at the library, Cam is reliable, and hard-working. He was always on time to work. He could work independently and was able to follow through to ensure that the job gets done and help other co-worker when needed. He was willing to substitute for other co-worker who needed a vacation day off.

As a friend, Cam is loyal, helpful and considerate to other people. Whenever, his friends' computers are having problems, he is the one to call for help. When I was having difficulty with job searching, he encouraged me not to give up and offered helpful advice.

Overall, Cam is a very good, well-balanced person with an abundance of positive qualities.

Sincerely,

Jim Yun
Library Page
San Francisco Public Library
415-812-6132

May 28, 2010

Re: Character Reference – Cam Giang

To Whom It May Concern:

I have had the pleasure of knowing Cam Giang for seven years. We met when he started working at the San Francisco Public Library. During the years of our acquaintance, as co-workers, and as a friend, I have known Cam in many capacities.

Cam has been a helpful co-worker on many levels, he helped guide me become a better public servant. As a public servant, Cam's personality helped maintain a well-balanced work environment. With his dedication to his job, he never refused a task that's given to him at work, nor does he make complaints in regards to his job duties. He is an optimistic young man who encourages those around him to reach for their goals. Cam always strives to better himself in all aspects of life.

As a friend, Cam had supported me through my life's tribulations, and also provided me with the most unbiased advice. Cam had always been a fair person whom chooses to be selfless rather than selfish. He often spoke of his values in life, and how we need to find time to care for those around us. Cam is definitely someone who would care for others before himself. I can't imagine Cam to be selfish in any possible way.

In summary, Cam is a very dedicated and sincere person. His ability to love and care is endless. I feel these attributes demonstrate someone with an exceptional character.

If I can be of any further assistance, or provide any further information, please do not hesitate to contact me.

Sincerely,

Wendy Yu
Social Security Administration
Legal Administrative Specialist