MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00387 JF |
| ) | |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO AMEND NOVEMBER 17, 2010 JUDGMENT AND COMMITMENT ORDER TO INSERT RESTITUTION AMOUNT AND ADDITIONAL CONDITION OF SUPERVISED RELEASE |
| ) | |
|    v. ) | |
| ) | |
| CAM GIANG, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

     The parties hereby request that the Court enter this order amending the November 17, 2010 judgment and commitment order in the above-captioned case.  The parties, including the defendant Cam Giang ("defendant"), stipulate as follows:

1.    On May 11, 2010, a two-count information charging defendant with one count of wire fraud, in violation of 18 U.S.C. § 1343, and one count of use of a social security number in violation of the United States, in violation of 42 U.S.C. § 408(a)(8), was filed.  On July 22, 2010, defendant pled guilty to the two-count information.  On October 28, 2010, the Court sentenced defendant to a term of imprisonment of 12 months and a day.  At the sentencing hearing, the University of California, Office of Legal Affairs (the "UC"), sought $179,470.62 in restitution. The Court did not address the issue of what amount of restitution would be appropriate.  Instead,

STIPULATION & [PROPOSED] ORDER
US v. GIANG, NO. CR 10-00387 JF

the Court scheduled a restitution hearing on January 20, 2011 to give the victim an opportunity to supplement the record concerning its claims for restitution. On or about November 17, 2010, the Court issued the judgment and commitment order in this case which indicated that the amount of restitution was to be determined at a later date.

2. The parties, including the UC, have met to discuss the appropriate amount of restitution in this case. After lengthy discussions, the parties, including the UC, believe that the appropriate amount of restitution is $19,000, which shall be paid by defendant in one lump sum payment to the Regents of the University of California no later than February 28, 2011. In addition, the parties also agree that, in consideration for the UC reducing the amount of restitution it is seeking, this Court order defendant, as a condition of his supervised release, to perform 320 hours of community service for each year of his supervised release at the direction of the UC and the United States Probation Office.

Given these circumstances, the parties request that the Court amend the November 17, 2010 judgment and commitment order to reflect the terms and conditions described above. In addition, should the Court adopt the amendments to the judgment and commitment order suggested by the parties, the parties also request that the Court vacate the January 20, 2011 restitution hearing.

IT IS SO STIPULATED.

DATED: January 11, 2011              /s/ Colin Cooper
                                     COLIN COOPER
                                     Attorney for Defendant

DATED: January 11, 2011              /s/ Hanley Chew
                                     HANLEY CHEW
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties, the Court vacates the January 20, 2011 restitution hearing date; and orders the November 17, 2010 judgment and commitment order in this case to be amended so that (i) defendant be ordered to pay $19,000 in restitution in a single

STIPULATION & [PROPOSED] ORDER
US v. GIANG, NO. CR 10-00387 JF

1  payment to the Regents of the University of California c/o Diane Wynshaw-Boris at 745
2  Parnassus Avenue, 2nd Floor, San Francisco, California 94143-0986, no later than February 28,
3  2011; and (ii) as a condition of his supervised release, defendant must perform 320 hours of the
4  community service for each year of his supervised release at the direction of the University of
5  California and the United States Probation Office.

7  IT IS SO ORDERED.

8  DATED: 1/14/11

9  _____
   THE HONORABLE JEREMY FOGEL
   United States District Court Judge

STIPULATION & [PROPOSED] ORDER
US v. GIANG, NO. CR 10-00387 JF