COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
CAM GIANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-000387 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER FOR RETURN OF |
| vs. ) | PROPERTY |
| ) | |
| CAM GIANG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant CAM GIANG, by and through his attorney, Colin Cooper, and the UNITED STATES, by and through Assistant United States Attorney Hanley Chu, hereby stipulate and agree to return Mr. GIANG's passport to his attorney, Colin L. Cooper, via certified mail. Mr. GIANG surrendered to the U.S. Marshalls on January 10, 2011 and is currently in Federal custody.

DATED: February 2, 2011           /s/ COLIN L. COOPER
                                  Attorney for Defendant CAM GIANG

DATED: February 2, 2011           /s/ HANLEY CHU
                                  Assistant United States Attorney

1  Based on the reasons provided in the stipulation of the parties above, the Court hereby
2  orders that Mr. GIANG's passport be returned to his counsel of record, Colin L. Cooper, via
3  certified mail.

6  DATED: 2/22/11          _____
                            JEREMY FOGEL
                            United States District Judge